UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

      Petitioner,

v.

                                    Case No. 25-cv-13124
                                    HON. MARK A. GOLDSMITH

KEVIN RAYCRAFT, et al.,

      Respondents.

_____/

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

On the Court's own motion, the parties are required to file briefs within 14-days addressing whether this case should be transferred to the United States District Court for the Western District of Michigan for the reasons set out in recent decisions of this Court. See Hernandez Sarmiento v. Raycraft et al., 25-cv-13486 (Dkt. 11) and Quintero-Martinez v. Raycraft et al., 25-cv-13536 (Dkt. 9).

      **SO ORDERED.**

Dated: December 9, 2025                 s/Mark A. Goldsmith
Detroit, Michigan                    MARK A. GOLDSMITH
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 9, 2025.

                                   s/Joseph Heacox
                                   JOSEPH HEACOX
                                   Case Manager