UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Doe,

    Petitioner,

v.

Civil No. 25-cv-13124

Honorable Mark A. Goldsmith

Kevin Raycraft, Acting Director of Immigration Customs Enforcement and Removal Operations, Detroit Field Office; et al.,

    Respondents.

## Stipulated Order Transferring Case to the Western District of Michigan

The parties dispute whether the Eastern District of Michigan has jurisdiction over this matter, but both parties agree that the Western District of Michigan has jurisdiction.  In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of this case to the Western District of Michigan. Accordingly,

IT IS HEREBY ORDERED that this matter be transferred to the Western District of Michigan.

Dated: December 12, 2025  　　　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan  　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Stipulated and Agreed to By:

| | |
|---|---|
| Legal Services of New Jersey | Jerome F. Gorgon<br>United States Attorney |
| */s/Rebecca Hufstader*<br>Rebecca Hufstader (PA321155)<br>100 Metroplex Drive<br>Suite 101<br>Edison, New Jersey 08817<br>(732) 529-8236<br>rhufstader@lsnj.org | */s/ Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Attorneys for Petitioner* | *Attorneys for Respondents* |
| Dated: December 12, 2025 | Dated: December 12, 2025 |